SOPHIA QUIGLEY, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

*Quigley* v. *City of Rochester*, 79 Hun, 609, affirmed.
(Argued October 23, 1896; decided December 1, 1896.)

APPEAL from an order of the General Term of the Supreme Court in the fifth judicial department, entered June 29, 1894, which affirmed an order of Special Term setting aside a judgment dismissing the plaintiff's complaint and granted a new trial.

*A. J. Rodenbeck* for appellant.

*Werner & Harris* for respondent.

Order affirmed and judgment absolute ordered against the defendant, with costs, on opinion of trial judge.
All concur.

---

PETER J. WEST, Respondent, *v.* PETER BUTTNER, Appellant.

*West* v. *Buttner*, 80 Hun, 605, affirmed.
(Argued October 23, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered October 16, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*J. J. Kennelly* for appellant.

*Frank Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.